**COSTELLO & MAINS, LLC**
By: Daniel Silverman
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
(856) 727-9700
Attorneys for Plaintiff

| | |
|---|---|
| CRISTINA COLOSIMO, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>FLAGSHIP RESORT DEVELOPMENT CORPORATION and JOHN DOES 1-5 AND 6-10,<br><br>Defendant(s). | UNITED STATES DISTRICT COURT DISTRICT FOR NEW JERSEY<br><br>DOCKET NO: 1:17-cv-03969-JHR-AMD<br><br>**NOTICE OF MOTION FOR COLLECTIVE ACTION CERTIFICATION AND FOR SUMMARY JUDGMENT PURSUANT TO RULE 56** |

**PLEASE TAKE NOTICE** that on the 20th day of July, 2020, Plaintiffs by their undersigned attorneys, will cross-move the Court for an Order pursuant to Rule 56 granting collective action certification and partial summary judgment to plaintiffs in this matter.

Dated: June 15, 2020

                                                Respectfully submitted,
                                                COSTELLO & MAINS, LLC

                                                By: ___*s/ Daniel T. Silverman*_____
                                                Daniel T. Silverman