UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**　　　　　　　　　　**DATE OF PROCEEDINGS**: 11/10/2020

**JUDGE: JOSEPH H. RODRIGUEZ**　　**DATE OF MOTIONS FILED**: 6/15/2020

COURT REPORTER: Cathy Ford　　　　**DOCKET #**　CIVIL  17-3969 (JHR-KMW)

**TITLE OF CASE:**
CRISTINA COLOSIMO
　　　v.
FLAGSHIP RESORT DEVELOPMENT CORPORATION

**APPEARANCES:**
Daniel T. Silverman, Esquire for Plaintiff
Amy Rudley, Esquire for Defendant

**NATURE OF PROCEEDINGS:** MOTION HEARING

Hearing on MOTION for Summary Judgment *and Final Collective Certification* by CRISTINA COLOSIMO. (Docket entry #71)

Hearing on MOTION for Summary Judgment by FLAGSHIP RESORT DEVELOPMENT CORPORATION. (Docket entry #72)

**DISPOSITION:**

Decision Reserved.

Time commenced: 11:00 AM　　　　　　　　Time Adjourned: 11:50 AM

Total: 50 minutes

　　　　　　　　　　　　　　　　　　　　s/ *David Bruey*
　　　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**