UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CRISTINA COLOSIMO, individually and on behalf of herself and all others similarly situated, | : | Hon. Joseph H. Rodriguez |
| | : | Civil Action No. 17-3969 |
| Plaintiff(s), | : | ORDER |
| v. | : | |
| FLAGSHIP RESORT DEVELOPMENT CORPORATION, | : | |
| | : | |
| Defendant. | | |

These matters having come before the Court on Plaintiff Cristina Colosimo's Motion for Summary Judgment and Final Collective Certification [Dkt. No. 71] and Defendant Flagship Resort Development Corporation's Motion for Summary Judgment [Dkt. No. 72]; and the Court having considered the written submissions of the parties, and the arguments advanced at the hearing in this matter on November 10, 2020; and for the reasons stated on the record, and those set forth in the Court's Opinion of even date,

IT IS on this 31st day of March 2021 hereby

ORDERED that Plaintiff Cristina Colosimo's Motion for Summary Judgment and Final Collective Certification [Dkt. No. 71] is denied; and it is further

ORDERED that Defendant Flagship Resort Development Corporation's Motion for Summary Judgment [Dkt. No. 72] is granted.

s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
UNITED STATES DISTRICT COURT